■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD WILSON, Appellant. [608 NYS2d 220] —Judgment, Supreme Court, New York County (Juanita Bing Newton, J.), rendered February 4, 1991, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him to a term of 4½ to 9 years, unanimously affirmed.

The defendant was given fair notice of the charges and the

People's theory in the indictment and bill of particulars. The fact that his testimony also satisfied every requisite element of the charged crime under a different theory permitted supplemental jury instructions that the defendant could be found guilty on either the People's theory or the alternative theory arising from defendant's own testimony *(People v Spann,* 56 NY2d 469). Concur—Sullivan, J. P., Ross, Asch, Rubin and Tom, JJ.